UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATION OF FLIGHT    )
ATTENDANTS—CWA, AFL-CIO, )
                         )
Petitioner,              )
                         )    No. 13-1316
v.                       )
                         )
MICHAEL P. HUERTA,       )
Administrator of the FEDERAL )
AVIATION ADMINISTRATION, )
                         )
Respondent.              )

**PETITION FOR REVIEW**

Pursuant to Section 706 of the Administrative Procedure Act, 5 U.S.C. § 706, Federal Rule of Appellate Procedure 15 and Rule 15 of this Court, the Association of Flight Attendants-CWA, AFL-CIO (AFA) hereby petitions for review the final rule of Respondent Michael P. Huerta, Administrator of the Federal Aviation Administration, (FAA) published National Policy Notice N8900.240 of October 31, 2013, attached as Exhibit 1 hereto. *See also* FAA Press Release, *FAA to Allow Airlines to Expand Use of Personal Electronics,* October 31, 2013, attached as Exhibit 2.

N8900.240 fundamentally changes the longstanding rule and practice of stowage of Portable Electronic Devices (PEDs) on an aircraft by allowing PEDs to be held in a passenger's hand or stored in the seat back pocket during takeoff and landing. All carry-on baggage, including PEDs, are regulated by 14 C.F.R. Part 121 § 121.589. The intent of the carry-on baggage regulation "is to prevent carry-on items from slowing an emergency evacuation and to prevent injury to passengers by ensuring that items are properly restrained." *See* FAA Information for Operators 09018, November 12, 2009, attached as

1

Exhibit 3. When an agency proposes a controversial change in a rule that affects public safety, it must be made through the proper rule-making process, with the opportunity for public notice and comment. In this instance, Respondent circumvented the rule-making process and in doing so, failed to provide clear policy or guidance for securing and stowing PEDs and failed to provide a study showing that PEDs held in hand or held in a seat back pocket would remain secure.

Dated: December 30, 2013

Respectfully submitted,

Michael J. Pangia
Pangia Law Group
1717 N Street NW
Washington, DC 20036
Telephone: (202) 955-6450
*Attorney for Petitioner*

Exhibit "1"

 **U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL AVIATION ADMINISTRATION**

N 8900.240

**National Policy**

Effective Date:
10/31/13

Cancellation Date:
10/31/14

**SUBJ:** Expanded Use of Passenger Portable Electronic Devices (PED)

1. **Purpose of This Notice.** This notice provides guidance to aviation safety inspectors (ASI) providing oversight of Title 14 of the Code of Federal Regulations (14 CFR) parts 91 subpart K (part 91K), 121, 125 (including Letter of Deviation Authority (LODA) 125M), and 135 certificate holders implementing policy that allows expanded use of passenger-supplied portable electronic devices (PEDs) throughout various phases of flight. This notice also includes information about the PED Focus Team (PFT) established to support ASIs in reviewing, evaluating, and accepting the operator's proposals for expanded use of PEDs.

2. **Audience.** The primary audience for this notice is Federal Aviation Administration (FAA) Flight Standards Service (AFS) field offices (Flight Standards District Offices (FSDO)), certificate management offices (CMO), and ASIs with oversight responsibility of aircraft operations conducted under parts 91K, 121, 125, and 135. The secondary audience includes AFS divisions, branches, regions, and headquarters (HQ).

3. **Where You Can Find This Notice.** Inspectors can access this notice through the Flight Standards Information Management System (FSIMS) at http://www.fsims.avs.faa.gov. Operators and the public can find this notice at http://fsims.faa.gov. This notice is available to the public at http://www.faa.gov/regulations_policies/orders_notices.

4. **Background.** On January 7, 2013, the FAA established the PED Aviation Rulemaking Committee (ARC) to provide a forum for the U.S. aviation community and government regulatory groups to review PED policy and guidance. This ARC was tasked with making recommendations on allowing additional passenger PED usage without compromising the continued safe operation of the aircraft. The ARC submitted its final report and recommendations to the FAA on September 30, 2013. The report contains recommendations that can be implemented in the very near term, as well as changes in policy and guidance that need additional time to be considered and implemented.

5. **PED Use Determination.** Sections 91.21, 121.306, 125.204, and 135.144 establish the regulatory requirements for the use of PEDs. The regulations permit the unrestricted use of portable voice recorders, hearing aids, heart pacemakers, and electric shavers. Additionally, the regulations permit the use of "any other portable electronic device that the operator of the aircraft has determined will not cause interference with the navigation or communication system of the aircraft on which it is to be used." With the exception of the four devices listed above, the aircraft

operator is solely responsible for determining which PEDs may be used on its aircraft. Each operator's PED policy identifies what types of devices may be used during which phase(s) of flight. Crewmembers are responsible for informing passengers about the aircraft operator's PED policy.

6. **Guidance Documents for Operators.** The PED ARC report identified a method of expanding the use of passenger PEDs beyond what is typically approved today. To support industry, the FAA has drafted InFO 13010 and an associated Aid for Operators to provide initial guidance on an acceptable method for the expanded use of passenger PEDs. This guidance and the ARC report can be found at the following links:

   a. **ARC Report:** http://www.faa.gov/news/.

   b. **Expanding PED Use Guidance and FAQs:** http://www.faa.gov/passengers/.

   c. **Aid for Operators:** http://www.faa.gov/other_visit/aviation_industry/airline_operators/.

   d. **InFO 13010:**
http://www.faa.gov/other_visit/aviation_industry/airline_operators/airline_safety/info/all_infos/.

7. **PED Focus Team (PFT).** Due to public interest, the FAA expects aircraft operators to rapidly move to expand the use of passenger PEDs to additional phases of flight. To support this anticipated activity and to facilitate standardization, AFS has established the PFT to provide direct support to ASIs in expediting the review and acceptance of an aircraft operator's proposal to expand the use of passenger PEDs. The PFT is comprised of individuals from the Air Transportation Division (AFS-200) and the Aircraft Maintenance Division (AFS-300), the policy divisions that have been involved in the PED ARC. ASIs should immediately contact the PFT if assistance is needed or they have questions regarding acceptance and/or approval of an operator's program changes. The PFT will coordinate issues with the requesting ASI. A dedicated email mailbox has been created to communicate with the PFT. The email address is provided in the Action paragraph of this notice. The PFT team lead is the manager of the Avionics Branch, AFS-360, who can be reached at 202-385-6435.

8. **Policy for Expansion of PED Use.** Both technical and operational concerns must be addressed when expanding use of passenger PEDs. The FAA has developed an Aid for Operators as a tool for use when determining if expanded PED use is appropriate. The paragraphs below outline the general areas to be addressed and provide guidance to ASIs for reviewing an operator's proposal. Refer to InFO 13010 and the associated Aid for Operators for more detailed information and immediately contact the PFT with any questions or concerns.

   a. **PED Use Determination – Technical.** To comply with §§ 91.21, 121.306, 125.204, and 135.144, the operator must make a determination that use of passenger PEDs will not interfere with the aircraft's navigation and communications systems. The Aid for Operators contains information about an acceptable method of compliance to assist in making this determination. The FAA does not approve an operator's finding of non-interference. An ASI should accept a proposal consistent with the guidance in InFO 13010 and the associated Aid for Operators. Contact the PFT if assistance is needed on determining the acceptability of an operator's proposal for expanded PED use.

UNCONTROLLED COPY WHEN DOWNLOADED
Check with FSIMS to verify current version before using

   b. **PED Use Determination – Operational.** Expanding PED use to other phases of flight may require an operator to revise various parts of its policies, manuals, and passenger information literature. Communication of the changes to crewmembers and passengers is critical to support the expanded use of passenger PEDs. Contact the PFT if you need assistance to determine the acceptability of an operator's proposed program changes.

   (1) Flight Manuals/Handbooks/Checklists. Operator procedural and communications checklists for Normal, Abnormal, and Emergency operations may need revisions and approvals as applicable.

   (2) Pre-Departure Safety Briefing. Operator procedures should address the expanded use of passenger PEDs during the safety briefing. Operators should ensure compliance with 14 CFR Part 382, Nondiscrimination on the Basis of Disability in Air Travel, when developing the expanded PED policy.

   (3) PED Securing and Stowage. An operator may need to revise its approved carry-on baggage program to allow expanded use of passenger PEDs. Appendix G of the PED ARC Report provides considerations for an operator when establishing policy and guidance for securing and stowing PEDs. Allowing expanded use of passenger PEDs into the takeoff and landing phases of flight may change the flight attendant's (F/A) responsibilities from confronting and reporting passenger noncompliance to informing passengers of the content of PED policy. F/As should inform passengers regarding the safest way to secure and stow all items. An expanded operator's program should address the following general concerns (as required):

- Large PED, such as full-size laptops, must be safely stowed so as not to present a hazard in the event of severe turbulence, crash forces, or emergency egress.
- PED policy should define "small PEDs" and describe how these items may safely remain powered on, as long as they are secure (not loose) during takeoff and landing. For example, the passenger may have a small PED secured in-hand, in a belt or arm holster or in a pant pocket.
- PED cords or accessories must not impede emergency egress.
- PED policy should still prohibit the use of e-cigarettes.

**9. Action.** Process requests for expanded use of passenger PEDs by following the information in this notice. ASIs in need of additional information or assistance with their review and acceptance/approval of an operator's proposal for expanded use of passenger PEDs should contact the PFT using email address PEDSAT@faa.gov or call the PFT team lead at 202-385-4292.

UNCONTROLLED COPY WHEN DOWNLOADED
Check with FSIMS to verify current version before using

**10. Disposition.** We will incorporate the information in this notice into Order 8900.1 before this notice expires. Direct questions concerning the information in this notice to the AFS-200/AFS-300 PFT team lead at 202-385-4292.

for *[signature]*

John S. Duncan
Director, Flight Standards Service

Exhibit "2"

USCA Case #13-1316    Document #1473174    Filed: 12/30/2013    Page 9 of 13



# Press Release – FAA to Allow Airlines to Expand Use of Personal Electronics

**For Immediate Release**

October 31, 2013
Contact: Kristie Greco
Phone: (202) 267-3883

**WASHINGTON**– The U.S. Department of Transportation's Federal Aviation Administration (FAA) Administrator Michael Huerta today announced that the FAA has determined that airlines can safely expand passenger use of Portable Electronic Devices (PEDs) during all phases of flight, and is immediately providing the airlines with implementation guidance.

Due to differences among fleets and operations, the implementation will vary among airlines, but the agency expects many carriers will prove to the FAA that their planes allow passengers to safely use their devices in airplane mode, gate-to-gate, by the end of the year.

The FAA based its decision on input from a group of experts that included representatives from the airlines, aviation manufacturers, passengers, pilots, flight attendants, and the mobile technology industry.

Passengers will eventually be able to read e-books, play games, and watch videos on their devices during all phases of flight, with very limited exceptions. Electronic items, books and magazines, must be held or put in the seat back pocket during the actual takeoff and landing roll. Cell phones should be in airplane mode or with cellular service disabled – i.e., no signal bars displayed—and cannot be used for voice communications based on FCC regulations that prohibit any airborne calls using cell phones.  If your air carrier provides Wi-Fi service during flight, you may use those services. You can also continue to use short-range Bluetooth accessories, like wireless keyboards.

"We believe today's decision honors both our commitment to safety and consumer's increasing desire to use their electronic devices during all phases of their flights," said Transportation Secretary Anthony Foxx. "These guidelines reflect input from passengers, pilots, manufacturers, and flight attendants, and I look forward to seeing airlines implement these much anticipated guidelines in the near future."

"I commend the dedication and excellent work of all the experts who spent the past year working together to give us a solid report so we can now move forward with a safety-based decision on when passengers can use PEDs on airplanes," said FAA Administrator Michael Huerta.

The PED Aviation Rulemaking Committee (ARC) concluded most commercial airplanes can tolerate radio interference signals from PEDs. In a recent report, they recommended that the FAA provide airlines with new procedures to assess if their airplanes can tolerate radio interference from PEDs. Once an airline verifies the tolerance of its fleet, it can allow passengers to use handheld, lightweight electronic devices – such as tablets, e-readers, and smartphones—at all altitudes. In rare instances of low-visibility, the crew will instruct passengers to turn off their devices during landing. The group also recommended that heavier devices should be safely stowed under seats or in overhead bins during takeoff and landing.

The FAA is streamlining the approval of expanded PED use by giving airlines updated, clear **guidance.**

USCA Case #13-1316   Document #1473174   Filed: 12/30/2013   Page 10 of 13

passenger announcements. Each airline will also need to revise manuals, checklists for crewmember training materials, carry-on baggage programs and passenger briefings before expanding use of PEDs. Each airline will determine how and when they will allow passengers broader use of PEDs.

The FAA did not consider changing the regulations regarding the use of cell phones for voice communications during flight because the issue is under the jurisdiction of the Federal Communications Commission (FCC). The ARC did recommend that the FAA consult with the Federal Communications Commission (FCC) to review its current rules. Cell phones differ from most PEDs in that they are designed to send out signals strong enough to be received at great distances

**Top Things Passengers Should Know about Expanded Use of PEDs on Airplanes:**

1. Make safety your first priority.

2. Changes to PED policies will not happen immediately and will vary by airline. Check with your airline to see if and when you can use your PED.

3. Current PED policies remain in effect until an airline completes a safety assessment, gets FAA approval, and changes its PED policy.

4. Cell phones may not be used for voice communications.

5. Devices must be used in airplane mode or with the cellular connection disabled. You may use the WiFi connection on your device if the plane has an installed WiFi system and the airline allows its use. You can also continue to use short-range Bluetooth accessories, like wireless keyboards.

6. Properly stow heavier devices under seats or in the overhead bins during takeoff and landing. These items could impede evacuation of an aircraft or may injure you or someone else in the event of turbulence or an accident.

7. During the safety briefing, put down electronic devices, books and newspapers and listen to the crewmember's instructions.

8. It only takes a few minutes to secure items according to the crew's instructions during takeoff and landing.

9. In some instances of low visibility – about one percent of flights – some landing systems may not be proved PED tolerant, so you may be asked to turn off your device.

10. Always follow crew instructions and immediately turn off your device if asked.

Current FAA regulations require an aircraft operator to determine that radio frequency interference from PEDs is not a flight safety risk before the operator authorizes them for use during certain phases of flight. Even PEDs that do not intentionally transmit signals can emit unintentional radio energy. This energy may affect aircraft safety because the signals can occur at the same frequencies used by the plane's highly sensitive communications, navigation, flight control and electronic equipment. An airline must show it can prevent potential interference that could pose a safety hazard. The PED ARC report helps the FAA to guide airlines through determining that they can safely allow widespread use of PEDs.

The PED ARC began work in January, at the request of Administrator Huerta, to determine if it is safe to allow more widespread use of electronic devices in today's aircraft. The group also reviewed the public's comments in response to an August 2012 FAA notice on current policy, guidance, and procedures that aircraft operators use when determining if passengers can use PEDs. The group did not consider the use of electronic devices for voice communications. A fact sheet

The FAA is immediately giving airlines a clear path to safely expand PED use by passengers, and the Administrator will evaluate the rest of the ARC's longer-term recommendations and respond at a later date.

A Portable Electronic Device is any piece of lightweight, electrically-powered equipment. These devices are typically consumer electronic devices capable of communications, data processing and/or utility. Examples range from handheld, lightweight electronic devices such as tablets, e-readers, and smartphones to small devices such as MP3 players and electronic toys.

The PED ARC report and FAA guidance materials (http://www.faa.gov/about/initiatives/ped/) are available on our website..

###

This page can be viewed online at: http://www.faa.gov/news/press_releases/news_story.cfm?newsId=15254&amp;cid=TW189

# Exhibit "3"

USCA Case #13-1316     Document #1473174      Filed: 12/30/2013      Page 13 of 13



U.S. Department
of Transportation
**Federal Aviation
Administration**

# InFO
Information for Operators

InFO 09018
DATE: 11/12/09

Flight Standards Service
Washington, DC

http://www.faa.gov/other_visit/aviation_industry/airline_operators/airline_safety/info

*An InFO contains valuable information for operators that should help them meet certain administrative, regulatory, or operational requirements with relatively low urgency or impact on safety.*

**Subject:** Stowage of Items in Seat Pockets

**Purpose:** To clarify guidance for air carriers about the stowage of items in seat pockets.

**Discussion:** Existing Federal Aviation Administration (FAA) policy in FAA Order 8900.1, Volume 3, Chapter 33, Section 6, Operations—Cabin Safety, states that carry-on baggage programs should …"Prohibit the stowage of carry-on baggage and other items in the lavatories and seat back pockets (the only items allowed in seat back pockets should be magazines and passenger information cards)…"

The intent of the carry-on baggage regulation, Title 14 of the Code of Federal Regulations (14 CFR) part 121, § 121.589, is to prevent carry-on items from slowing an emergency evacuation and to prevent injury to passengers by ensuring items are properly restrained. Seat pockets have been designed to restrain approximately 3 pounds of weight and not the weight of additional carry-on items. Seat pockets are not listed in the regulation as an approved stowage location for carry-on baggage. If a seat pocket fails to restrain its contents, the contents of the seat pocket may impede emergency evacuation or may strike and injure a passenger.

If small, lightweight items, such as eyeglasses or a cell phone, can be placed in the seat pocket without exceeding the total designed weight limitation of the seat pocket or so that the seat pocket does not block anyone from evacuating the row of seats, it may be safe to do so.

The requirements of the carry-on baggage regulation are applicable to take-off and landing. Nothing in the carry-on baggage regulation prohibits a passenger from taking out small personal items from an approved stowage location and placing them in the seat pocket after takeoff and stowing them in approved locations prior to landing. Crewmembers may still direct a passenger to stow carry-on items in an approved stowage location, during flight should they pose a hazard, such as in the case of turbulence.

**Recommended Action:** Directors of safety and directors of operations should review their approved programs to ensure they consider the hazard presented by stowing items in seat pockets and the programs appropriately mitigate the associated risks. Training managers and crewmembers should be aware of the risk mitigations developed by the air carrier. An air carrier has the responsibility to identify proper risk mitigations and train its personnel appropriately; and the authority to enforce the risk mitigations it develops.

**Point of Contact:** Any questions regarding this InFO should be directed to the Part 121 Air Carrier Operations Branch, AFS-220 at (202) 267-8166.

Distributed by: AFS-200                                                                                   OPR: AFS-220