UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATION OF FLIGHT ATTENDANTS—CWA, AFL-CIO, )
    Petitioner, )
v. ) No. 13-1316
MICHAEL P. HUERTA, Administrator of the FEDERAL AVIATION ADMINISTRATION, )
    Respondent. )

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

The following information is provided pursuant to the Court's order of December 30, 2013 and D.C. Circuit Rule 28(a)(1).

### A. Parties

Appellant

Association of Flight Attendants—CWA, AFL-CIO

Appellees

Michael P. Huerta

Federal Aviation Administration

Counsel for Petitioner is aware of no intervenors or amici in this case.

### B. Rulings

1

The ruling under review is the Federal Aviation Administration National Policy Notice N8900.240, published October 31, 2013, filed by Petitioners as the "Underlying Decision."

### C. Related Cases

Counsel for Petitioner is aware of no related cases currently pending in any other court.

Dated: January 30, 2014

Respectfully submitted,

*/s/   Michael J. Pangia*
Michael J. Pangia
Pangia Law Group
1717 N Street NW
Washington, DC 20036
P: (202) 955-6450
F: (202) 393-1725
Mike.law@verizon.net
*Attorney for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2014, I electronically filed and served the foregoing Certificate as to Parties, Rulings, and Related Cases with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system on the following:

Jeffrey E. Sandberg
Jeffrey.e.sandberg@usdoj.gov

Mark B. Stern
Mark.stern@usdoj.gov

*Attorneys for Respondents*

                                                  */s/   Michael J. Pangia*
                                                  Michael J. Pangia