IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATION OF FLIGHT )
ATTENDANTS-CWA, AFL-CIO )
                                                    )
           Petitioners,                    )
                                                    )
v.                                              )          Docket No. 13-1316
                                                    )
MICHAEL P. HUERTA,            )
Administrator of the FEDERAL )
AVIATION ADMINISTRATION, )
                                                    )
           Respondent.                   )
_____)

CERTIFICATION OF
INDEX OF RECORD

I, John S. Duncan, declare, after causing a diligent search to be made at the Federal Aviation Administration ("FAA"), that the attached index is a true, correct, and complete list of the documents comprising the administrative record for the FAA Flight Standards Service's decision to issue Notice 8900.240, Expanded Use of Passenger Portable Electronic Devices (PED) on October 31, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2014.

*signature: John Duncan (signed "for" by another)*

John S. Duncan
Director, Flight Standards Service
800 Independence Avenue, S.W.
Washington, DC 20591
202.267.8237 tel.
202.267.5230 fax
john.s.duncan@faa.gov

# CERTIFIED INDEX OF RECORD

## Association of Flight Attendants-CWA, AFL-CIO v. Michael P. Huerta and Federal Aviation Administration

## D.C. Cir. Docket No. 13-1316

| Item | Date | Description | DOT Docket No.[1] |
|---|---|---|---|
| 1 | July 24, 2000 | Advisory Circular (AC) No. 121-29B. Carry-on Baggage. | |
| 2 | Aug. 25, 2006 | AC No. 91-21.1B. Use of Portable Electronic Devices Aboard Aircraft. | |
| 3 | Nov. 12, 2009 | Information for Operators (InFO) 09018. Stowage of Items in Seat Pockets. | |
| 4 | Sept. 12, 2011 | ARM (Office of Rulemaking) Committee Manual. | |
| 5 | Aug. 31, 2012 | Notice of Policy and Request for Comments, Passenger Use of Portable Electronic Devices on Board Aircraft. | FAA-2012-0752-0001 – FAA-2012-0752-0002 |
| 6 | Aug. 27, 2012 – Aug. 28, 2012 | Consolidated comments submitted to the FAA "PEDcomment@faa.gov" e-mail mailbox. Part 1 of 3. | FAA-2012-0752-0160 |
| 7 | Aug. 29, 2012 – Sept. 7, 2012 | Consolidated comments submitted to the FAA "PEDcomment@faa.gov" e-mail mailbox. Part 2 of 3. | FAA-2012-0752-0161 |

---

[1] Documents available at www.regulations.gov.

| 8 | Sept. 8, 2012 – Nov. 23, 2012 | Consolidated comments submitted to the FAA "PEDcomment@faa.gov" e-mail mailbox. Part 3 of 3. | FAA-2012-0752-0162 |
|---|---|---|---|
| 9 | Oct. 17, 2012 | Comment Submission from Japan Airlines. | FAA-2012-0752-0111 |
| 10 | Oct. 23, 2012 | Comment Submission from Cessna Aircraft Company. | FAA-2012-0752-0114 |
| 11 | Oct. 31, 2012 | Comment Submission from Dassault-Aviation. | FAA-2012-0752-0118 |
| 12 | Oct. 31, 2012 | Comment Submission from Consumer Electronics Association. | FAA-2012-0752-0120 |
| 13 | Oct. 31, 2012 | Comment Submission from Row 44, Inc. | FAA-2012-0752-0126 |
| 14 | Oct. 31, 2012 | Comment Submission from Airbus. | FAA-2012-0752-0128 |
| 15 | Oct. 31, 2012 | Comment Submission from The Boeing Company. | FAA-2012-0752-0132 |
| 16 | Oct. 31, 2012 | Comment Submission from Aircraft Owners and Pilots Association. | FAA-2012-0752-0133 |
| 17 | Oct. 31, 2012 | Comment Submission from National Air Transportation Association. | FAA-2012-0752-0134 |
| 18 | Oct. 31, 2012 | Comment Submission from AeroMobile Communications Ltd. | FAA-2012-0752-0135 |
| 19 | Oct. 31, 2012 | Comment Submission from Delta Air Lines, Inc. | FAA-2012-0752-0136 |
| 20 | Oct. 31, 2012 | Comment Submission from Gogo LLC. | FAA-2012-0752-0137 |
| 21 | Oct. 31, 2012 | Comment Submission from Telecommunications Industry Association. | FAA-2012-0752-0139 |

| 22 | Oct. 31, 2012 | Comment Submission from Amazon.com. | FAA-2012-0752-0143 |
| 23 | Oct. 31, 2012 | Comment Submission from Panasonic Avionics Corporation. | FAA-2012-0752-0144 |
| 24 | Oct. 31, 2012 | Comment Submission from Association of Flight Attendants – CWA. | FAA-2012-0752-0150 |
| 25 | Oct. 31, 2012 | Comment Submission from Qantas Airways. | FAA-2012-0752-0151 |
| 26 | Nov. 1, 2012 | Comment Submission from Advanced Medical Technology Association. | FAA-2012-0752-0155 |
| 27 | Nov. 1, 2012 | Comment Submission from Airlines from America. | FAA-2012-0752-0156 |
| 28 | Nov. 2, 2012 | Comment Submission from Honeywell. | FAA-2012-0752-0158 |
| 29 | Nov. 7, 2012 | Comment Submission from Delta Air Lines, Inc. (Additional Submission). | FAA-2012-0752-0159 |
| 30 | Dec. 11, 2012 | Comment Submission from California Brain Tumor Association. | FAA-2012-0752-0164 |
| 31 | Aug. 31, 2012 – Dec. 12, 2012 | Comment Submitted by Individuals to the DOT docket. | FAA-2012-0752-0003 – 0110; FAA-2012-0752-0112 – 0113; FAA-2012-0752-0115 – 0117; FAA-2012-0752-0121 – 0125; FAA-2012-0752-0127; FAA-2012-0752-0129 – 0131; FAA-2012-0752-0138; FAA-2012-0752-0140 – 0142; |

| | | | |
|---|---|---|---|
| | | | FAA-2012-0752-0145 – 0149; FAA-2012-0752-0152 – 0154; FAA-2012-0752-0163; FAA-2012-0752-0165 |
| 32 | Jan. 7, 2013 | Portable Electronic Device Aviation Rulemaking Committee Charter. | |
| 33 | Mar. 5, 2013 | ARM Committee Manual. | |
| 34 | Aug. 28, 2013 | Portable Electronic Device Aviation Rulemaking Committee Charter Renewal. | |
| 35 | Sept. 30, 2013 | A Report from the Portable Electronic Devices Aviation Rulemaking Committee to the Federal Aviation Administration. | |
| 36 | Oct. 31, 2013 | InFO 13010. Expanding Use of Passenger Portable Electronic Devices (PED). | |
| 37 | Oct. 31, 2013 | InFO 13010 Supplement. FAA Aid to Operators for the Expanded Use of Passenger PEDS. | |
| 38 | Oct. 31, 2013 | Notice N8900.240. Expanded Use of Passenger Portable Electronic Devices (PED). | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

                                                /s/ Jeffrey Sandberg
                                                Jeffrey E. Sandberg
                                                Counsel for Respondent