# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-1316                                            September Term, 2014
                                                       FILED ON: MAY 8, 2015

ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,
    PETITIONER

v.

MICHAEL P. HUERTA AND FEDERAL AVIATION ADMINISTRATION,
    RESPONDENTS

On Petition for Review from the
Federal Aviation Administration

Before: ROGERS and BROWN, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the petition for review of an order of the Federal Aviation Administration and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is dismissed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

BY:   /s/
       Ken Meadows
       Deputy Clerk

Date: May 8, 2015

Opinion for the court filed by Senior Circuit Judge Edwards.